# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Volpe, Joseph J. | 2. Court or Organization<br><br>District Court -Eastern Arkansas | 3. Date of Report<br><br>05/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>500 West Capitol Avenue<br>Little Rock, Arkansas 72201 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2013 | Webster University, Adjunct Faculty | $20,000.00 |
| 2. 2013 | Park University, Adjunct Faculty | $1,530.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | self-employed/ residential real estate rentals |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Mortgage on rental property #1 Little Rock, AR (Part VII Line 1) | L |
| 2. | Chase | Mortgage on rental property #2 Little Rock, AR (Part VII Line 2) | L |
| 3. | Chase | Mortgage on rental property #3 Little Rock, AR (Part VII Line 3) | L |
| 4. | Chase | Mortgage on rental property #4 Little Rock, AR (Part VII Line 4) | M |
| 5. | JB Nutter Company | Mortgage on rental property #5 Little Rock, AR (Part VII Line 5) | M |
| 6. | Edward Jones | Margin Loan | J |
| 7. | Bank of Little Rock | Construction Loan on rental property #6 North Little Rock, AR (Part VII Line 6) | M |
| 8. | Chase(X) | Mortgage on rental property #8 Little Rock, AR (Part VII Line 8) | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Little Rock, AR | E | Rent | M | W | | | | | |
| 2. Rental Property #2, Little Rock, AR | D | Rent | M | W | | | | | |
| 3. Rental Property #3, Little Rock, AR | E | Rent | M | W | | | | | |
| 4. Rental Property #4, Little Rock, AR | E | Rent | M | W | | | | | |
| 5. Rental Property #5, Little Rock, AR | E | Rent | M | W | | | | | |
| 6. Rental Property #6, North Little Rock, AR | E | Rent | M | W | | | | | |
| 7. Rental Property #7, New Albany IN | D | Rent | M | W | | | | | |
| 8. Rental Property #8, Little Rock, AR(X) | D | Rent | M | W | | | | | |
| 9. Exxon Mobile Common Stock | B | Dividend | M | T | | | | | |
| 10. Facebook Common Stock | A | Int./Div. | | | Sold | 01/29/13 | J | | |
| 11. AT&T Common Stock | C | Dividend | L | T | | | | | |
| 12. Home Depot Common Stock | A | Dividend | J | T | | | | | |
| 13. Target Group Common Stock | A | Dividend | K | T | | | | | |
| 14. Walgreen Co. Common Stock | A | Dividend | K | T | | | | | |
| 15. American Funds New Perspective FD Inc Class B (NPFBX) | A | Dividend | J | T | | | | | |
| 16. Willbros Group Inc. | A | Dividend | J | T | | | | | |
| 17. American Funds Capital World Growth & Income Class B(CWGBX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Europacific Growth Fund Class C (AEPCX) | A | Dividend | J | T | | | | | |
| 19. Diversified Investment Advrs. (AR Children's Hosp 403(b)plan | A | Dividend | K | T | | | | | |
| 20. McDonald's Corp Common Stock | B | Dividend | K | T | Sold (part) | 04/08/13 | J | C | |
| 21. Chevron Texaco Common Stock | B | Dividend | L | T | Sold (part) | 04/08/13 | J | C | |
| 22. Altria Group Common Stock | A | Dividend | | | Sold | 01/29/13 | J | B | |
| 23. General Electric Common Stock | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 24. Netflix Common Stock | A | Dividend | | | Sold | 01/29/13 | K | E | |
| 25. Sirius XM Radio Common Stock | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 26. Perkins Mid Cap Value J (JMCVX) | A | Dividend | | | Sold | 01/29/13 | J | A | |
| 27. Laudus International (SWOIX) | A | Dividend | | | Sold | 01/29/13 | J | C | |
| 28. Value Line Emerging Opportunities (VLEOX) | A | Dividend | | | Sold | 01/29/13 | J | C | |
| 29. Microsoft Corporation Common Stock | A | Dividend | | | Sold | 12/11/13 | J | B | |
| 30. American Century Giftrust Fund (TWGTX) | | None | | | Closed | 10/15/13 | J | B | |
| 31. Bank of the Ozarks (checking/savings) | A | Interest | | | Closed | 07/01/13 | J | | |
| 32. Bank of Little Rock (checking/savings) | A | Interest | J | T | | | | | |
| 33. Iberia Bank (checking/savings) | A | Interest | J | T | | | | | |
| 34. Chase Bank (checking/money market) | A | Interest | | | Closed | 07/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HJ Heinz (X) | A | Int./Div. | | | Sold | 06/10/13 | K | D | |
| 36. Clovis CA Uni Sch Dist GO(X) | A | Int./Div. | | | Sold | 12/04/13 | J | A | |
| 37. IPS Multi-Scho Bldg Copr IND (X) | A | Int./Div. | | | Sold | 12/04/13 | J | A | |
| 38. Richmond Cnty NC Ltd Oblig Rev (X) | A | Int./Div. | | | Sold | 12/04/13 | J | A | |
| 39. St. Petersburg FL Pub Util Rev (X) | A | Int./Div. | | | Sold | 12/04/13 | J | A | |
| 40. PNCBank Corp.(X) | C | Int./Div. | M | T | Sold (part) | 05/15/13 | M | E | |
| 41. Wal-Mart Inc. (X) | C | Int./Div. | M | T | Sold (part) | 05/15/13 | L | D | |
| 42. Anchorage AK Wastewtr Bond (X) | A | Int./Div. | K | T | | | | | |
| 43. Baldwin Cnty Ala Bond (X) | A | Int./Div. | K | T | | | | | |
| 44. Boone McHenry & Dekalb Cnty Bond (X) | A | Int./Div. | J | T | | | | | |
| 45. Broward Cty Fl Bond (X) | A | Int./Div. | J | T | | | | | |
| 46. Clark Cnty NV Bond (X) | A | Int./Div. | J | T | | | | | |
| 47. Eastern Mun Wtr Dist CA Bond (X) | A | Int./Div. | K | T | | | | | |
| 48. Humble Tex Indpt Sch Dist Bond (X) | A | Int./Div. | K | T | | | | | |
| 49. IL Fin Auth Rev Bond (X) | A | Int./Div. | K | T | | | | | |
| 50. Indiana Trail Impt Dist FL Bond (X) | A | Int./Div. | J | T | | | | | |
| 51. Indianapolis In Loc Pub Rev Bond (X) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kasson & Mantorville MN Bond (X) | A | Int./Div. | J | T | | | | | |
| 53. Nebraska Pub Power Dist Bond (X) | A | Int./Div. | K | T | | | | | |
| 54. Philadelphia PA WTR and Waste Bond (X) | A | Int./Div. | J | T | | | | | |
| 55. Pima Cnty AZ Indl DEV Bond (X) | A | Int./Div. | J | T | | | | | |
| 56. SE MO State U Bond (X) | A | Int./Div. | K | T | | | | | |
| 57. Tucson, AZ Water Bond (X) | A | Int./Div. | K | T | | | | | |
| 58. Whitehall MI School Dist Bond (X) | A | Int./Div. | J | T | | | | | |
| 59. Tucson AZ Cert of Part Bond (X) | A | Int./Div. | J | T | | | | | |
| 60. Apple Inc. | A | Int./Div. | L | T | Buy | 08/01/13 | L | | |
| 61. BRK B (X) | A | Int./Div. | L | T | | | | | |
| 62. Brown Forman Corp Cl B (X) | A | Int./Div. | L | T | | | | | |
| 63. Colgate Palmolive (X) | A | Int./Div. | K | T | | | | | |
| 64. Dominion Resources (X) | A | Int./Div. | J | T | | | | | |
| 65. Energizer Holdings Inc (X) | A | Int./Div. | K | T | | | | | |
| 66. First Eagle Global Fund Cl C (X) | A | Int./Div. | J | T | | | | | |
| 67. Frontier Communications Corp (X) | A | Int./Div. | J | T | | | | | |
| 68. GILD (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. J&J (X) | A | Int./Div. | L | T | | | | | |
| 70. NBIX (X) | A | Int./Div. | J | T | | | | | |
| 71. Northwest Mutual Nat. Gas (X) | A | Int./Div. | J | T | | | | | |
| 72. P&G (X) | A | Int./Div. | K | T | | | | | |
| 73. Philip Morris Intl Inc. (X) | A | Int./Div. | K | T | | | | | |
| 74. Piedmont Nat Gas Inc. (X) | A | Int./Div. | K | T | | | | | |
| 75. QCOM (X) | A | Int./Div. | J | T | | | | | |
| 76. Verizon (X) | A | Int./Div. | K | T | | | | | |
| 77. Williams Companies Inc. (X) | B | Int./Div. | L | T | | | | | |
| 78. WPX (X) | A | Int./Div. | J | T | | | | | |
| 79. Zimmer Holdings (X) | B | Int./Div. | J | T | | | | | |
| 80. CWGBX (X) | A | Int./Div. | J | T | | | | | |
| 81. NPFBX (X) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Volpe, Joseph J. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 9, 11, 21, 40, 41 increased holdings from inheritance.

Part VI, Line 8 and Part VII Line 8, previously exempt as personal residence. In May 2013 I moved to a new residence and former residence converted to use as rental property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph J. Volpe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544